UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HORACE W. CRUMP, #236528,  ) | |
|     Plaintiff, ) | |
| ) | No. 1:18-cv-1216 |
| -v- ) | |
| ) | HONORABLE PAUL L. MALONEY |
| RICKEY COLEMAN, D.O., et al., ) | |
|     Defendants. ) | |
| ) | |

## JUDGMENT

In accordance with the opinion entered today (ECF No. 133), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**

**Date:**  October 14, 2020               /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          United States District Judge